UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO L. CAMPBELL,

    Plaintiff,

  v.

XR FOODS,

    Defendant.

Case No. C21-1436RSL

ORDER TO SHOW CAUSE

On October 20, 2021, the Clerk of Court issued a Letter to the parties regarding case assignment, Dkt. #8, in the above-captioned matter. The Letter was mailed to plaintiff, but was returned unopened on November 12, 2021, as plaintiff apparently no longer resides at the address on file with the Court, Dkt. #11. On October 25, 2021, the Clerk of Court mailed an IFP Deficiency Notice to plaintiff. That Notice was also returned unopened on November 11, 2021, Dkt. #10.

The Clerk of Court is directed to note a "Rule 41 dismissal proceeding" on the calendar for January 21, 2022. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 17th day of November, 2021.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1