UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONIO L. CAMPBELL,

    Plaintiff,

    v.

XR FOODS,

    Defendant.

Case No. C21-1436RSL

ORDER OF DISMISSAL

On October 20, 2021, the Clerk of Court issued a letter to the parties regarding case assignment, Dkt. #8, in the above-captioned matter. The letter was mailed to plaintiff but was returned unopened on November 12, 2021, as plaintiff apparently no longer resides at the address on file with the Court, Dkt. #11. On October 25, 2021, the Clerk of Court mailed an IFP Deficiency Notice to plaintiff, Dkt. #9. That Notice was also returned unopened on November 11, 2021, Dkt. #10. On November 17, 2021, this Court issued an Order to Show Cause, Dkt. #12. That Order was also returned unopened on December 6, 2021, Dkt. #13.

Local Civil Rule 41(b)(2) requires parties to notify the court of any change of current mailing address or email address. Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the

ORDER OF DISMISSAL - 1

court may dismiss the action without prejudice for failure to prosecute."

ACCORDINGLY, because the Court finds that plaintiff has failed to prosecute this case by failing to notify the Court of his new address, it is hereby ORDERED that this action is DISMISSED without prejudice.

DATED this 24th day of January, 2022.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2